UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH M. RICCOBONO**                                    CIVIL ACTION

**VERSUS**                                                 **NO. 15-4329**

**SERENITY FUNERAL HOME, LLC, ET AL.**                     SECTION "B"(4)

ORDER

Before the Court is the parties' "Joint Stipulation and Motion for Dismissal with Prejudice" (Rec. Doc. 4) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), informing the Court that all matters forming the basis of Plaintiff's action against Defendants have been resolved amicably between the parties and requesting the Court adopt the parties' Consent Judgment. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Consent Judgment is **ADOPTED** and hereby entered in favor of Plaintiff, Joseph M. Riccobono, and against Defendants, Serenity Funeral Home, LLC, Abita Crematory, LLC, and Leonard J. Dunn, in the aggregate amount of $12,5000 as stipulated in the parties' settlement, representing payment in full of all unpaid overtime hours, plus liquidated damages and attorney fees due to Plaintiff in connection with his claims under the Fair Labor Standards Act, 29 USC 201, *et seq.*; and

1

**IT IS FURTHER ORDERED** that all claims and other requests for relief of Plaintiff against Defendants in the above-captioned matter are hereby **DIMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 28th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE